Decided January 5, 2012

TYEHIMBA ADEYEMI *v.* COMMISSIONER OF CORRECTION

The petitioner Tyehimba Adeyemi's petition for certification for appeal from the Appellate Court, 132 Conn. App. 903 (AC 33020), is denied.

*Laljeebhai R. Patel,* assigned counsel, in support of the petition.

*Sarah Hanna,* assistant state's attorney, in opposition.

Decided January 5, 2012